Nicolle L. CONYERS, Plaintiff–
Appellant,

v.

VIRGINIA HOUSING DEVELOP-
MENT AUTHORITY; Barbara Blank-
enship; Chris Cavanaugh; Mark
McBride, Defendants–Appellees.

No. 15–2050.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 14, 2016.

Decided: Jan. 19, 2016.

Nicolle Conyers, Appellant Pro Se. Emi-
ly Rebecca Gantt, McGuirewoods, LLP,
Norfolk, Virginia, Summer Speight,
McGuirewoods, LLP, Richmond, Virginia,
for Appellees.

Before AGEE, WYNN, and FLOYD,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Nicolle Conyers appeals the district
court's order dismissing her civil com-
plaint. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Conyers v. Va. Hous. Dev.
Auth.*, No. 3:15–cv–00297–HEH (E.D.Va.
Aug. 11, 2015). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before this court and argument
would not aid the decisional process.

*AFFIRMED.*